RECEIVED

APR 1 0 2019

CLERK, U.S. DISTRICT COU
MINNEAPOLIS, MINNESOT

# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA                    UNDER SEAL

     v.                                      Crim. No.  18-CR-285 (JNE/KMM)

FABIOLA ARRIOLA-CAMPOS ET AL.

_____

UNITED STATES OF AMERICA

     v.                                      Crim. No.  19-CR-104 (PJS/TNL)

MATTHEW JOSEPH HINES ET AL.

_____

### NOTICE TO THE COURT OF POSSIBLE RELATED CASES

The undersigned attorney hereby notifies the Court and counsel that the above-captioned cases are related for the following reasons:

■   Cases involving the same act or transaction connected with or constituting a part of a common conspiracy, scheme or plan;
■   Cases arising out of the same operative set of facts, behavioral episode or course of conduct whether the prior cases are open or closed;
■   Cases that arise out of the same investigation and have temporal proximity; and/or
■   The cases stem from an investigation of a common organization; e.g., a particular source of supply engaged in multi-faceted distribution to the District of Minnesota.

Dated: April 10, 2019                    Respectfully submitted,

ERICA H. MacDONALD
United States Attorney

/s/ Allen Slaughter
BY:  ALLEN A. SLAUGHTER
Assistant United States Attorney
Attorney ID No. 301668

SCANNED

APR 1 1 2019

U.S. DISTRICT COURT MPLS