# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

# INITIAL APPEARANCE

| | |
|---|---|
| UNITED STATES OF AMERICA, | COURTROOM MINUTES - CRIMINAL |
| Plaintiff, | BEFORE: Steven E. Rau |
| | U.S. Magistrate Judge |
| v. | Case No: 19-cr-104 PJS/TNL |
| Mason Paul Stuhldreher(3), | Date: April 18, 2019 |
| | Courthouse: St Paul |
| Defendant, | Courtroom: 3C |
| | Time Commenced: 2:22 p.m. |
| | Time Concluded: 2:24 p.m. |
| | Time in Court: 2 minutes |

APPEARANCES:

Plaintiff: Allen Slaughter, Assistant U.S. Attorney
Defendant: Dominique Navarro
✖ Retained

Date Charges Filed: 4/10/2019    Offense: conspiracy to distribute methamphetamine; possession with intent to distribute methamphetamine

✖ Advised of Rights

on   ✖ Indictment

✖ Government moves for detention.
Motion is ✖ granted, temporary detention ordered.

Next appearance date is April 24, 2019 at 10:00 a.m. before U.S. Magistrate Judge Steven E. Rau, CR 3C STP for:
✖ Detention hrg    ✖ Arraignment hrg

✖ Government moves to unseal the case.    ✖ Granted

Additional Information:

s/Janet Midtbo
Signature of Courtroom Deputy