UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

United States of America,

        Plaintiff,

v.                                          Criminal No. 18-285(1) (JNE/TNL)

Fabiola Arriola-Campos et al.,

        Defendants.

_____

United States of America,

        Plaintiff,

v.                                          Criminal No. 19-cr-104 (PJS/TNL)

Matthew Joseph Hines (1),
Jake Daniel Scrabeck (2) and
Mason Paul Stuhldreher (3),

        Defendants.

**ORDER OF DIRECTION TO THE CLERK OF COURT
FOR REASSIGNMENT OF RELATED CASE**

Case No. 18-cr-285(1) (JNE/TNL) having been assigned to Judge Joan N. Ericksen and Case No. 19-cr-104 (PJS/TNL) having later been assigned to Judge Patrick J. Schiltz and said matters being related cases,

**IT IS HEREBY ORDERED** that Case No. 19-cr-104 be assigned to Judge Joan N. Ericksen and Magistrate Judge Tony N. Leung, nunc pro tunc, by use of a card from the appropriate deck in the automated case assignment system.  The Clerk of Court is directed to reuse a card from the same deck from which the original assignment was made pursuant to the Court's Assignment of Cases order filed July 5, 2017.

**IT IS FINALLY ORDERED** that a copy of this order shall be filed in each of the above respective files.

Dated: April 16, 2019

                                                s/ Joan N. Ericksen
                                                JOAN N. ERICKSEN
                                                United States District Judge

Dated: April 17, 2019

                                                s/Patrick J. Schiltz
                                                PATRICK J. SCHILTZ
                                                United States District Judge