117 East Center St.
Rochester, Minnesota 55904
P 507/288-4840
F 507/288-4908
www.restovichlaw.com

**Restovich·Braun & ASSOCIATES**

Attorneys and Counselors at Law

Anna Restovich Braun
Thomas R. Braun
Bruce K. Piotrowski
Christopher W. Coon
Dominique J. Navarro
Brent M. Tunis

George F. Restovich
1946-2008

June 21, 2019

**Sent via ECF**

The Honorable Tony N. Leung
  United State Magistrate Judge
United States District Court
9W U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

   Re: *United State v. Mason Paul Stuhldreher*
     *Court File No. 19-CR-104 (JNE/TNL)*

Dear Magistrate Leung,

I represent Defendant, Mason Paul Stuhldreher, in this above-referenced matter. I am writing to advise the Court that we have no objection to, and support, Defendant Hines' motion to continue the motion filing deadline. We too would appreciate additional time to review and consider discovery.

Very truly yours,

***RESTOVICH BRAUN & ASSOCIATES***

Dominique J. Navarro
dom@restovichlaw.com