117 East Center St.
Rochester, Minnesota 55904
P 507/288-4840
F 507/288-4908
www.restovichlaw.com

**Restovich·Braun & ASSOCIATES**
Attorneys and Counselors at Law

Anna Restovich Braun
Thomas R. Braun
Bruce K. Piotrowski
Christopher W. Coon
Dominique J. Navarro
Brent M. Tunis

George F. Restovich
1946-2008

July 18, 2019

<u>**Sent via ECF**</u>

The Honorable Ann D. Montgomery
United States District Court
9W U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

      Re:    *United State v. Mason Paul Stuhldreher*
            *Court File No. 19-CR-104 (JNE/TNL)*

Dear Judge Montgomery:

The deadline for pre-trial motions is today, July 18th, 2019. Defendant, Mason Stuhldreher, respectfully requests a 10-day extension to the motion deadline because of ongoing negotiations with the government to resolve this matter. The government has advised that they do not object to this request.

Very truly yours,

***RESTOVICH BRAUN & ASSOCIATES***

Dominique J. Navarro
dom@restovichlaw.com