# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | Case No. 19-cr-104 (JNE/TNL) |
| Plaintiff, | |
| v. | **ORDER** |
| Mason Paul Stuhldreher (3), | |
| Defendant. | |

On July 18, 2019, Defendant Mason Paul Stuhldreher filed a letter seeking a 10-day extension to the deadline to file motions. (ECF No. 65). Stuhldreher indicated that the deadline for pre-trial motions was July 18, 2019. Stuhldreher sought the extension "because of ongoing negotiations with the government to resolve this matter." The Government does not object to the request.

The deadline to file motions in this case is actually on July 22, 2019. (ECF No. 63). In addition, since Stuhldreher filed his letter, he has scheduled a change of plea hearing before the District Judge. (ECF No. 69). Accordingly, it is unclear whether Stuhldreher requires additional time to file motions or whether he intends to request that he be excused from the motion hearing. It is also unclear whether the Court would be required to continue the motion hearing in order to accommodate Stuhldreher's request for an extension. Should the Court be required to continue the motion hearing, it will require that Stuhldreher file a motion to continue that is supported by a statement of facts. Given the uncertainties surrounding Stuhldreher's request, the Court will deny it at this time.

Based on all the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

1. Stuhldreher's request for a 10-day extension to the deadline to file motions (ECF No. 65) is **DENIED**.

2. As already set forth in the Court's June 21, 2019 Order (ECF No. 63), Stuhldreher shall file and serve his motions consistent with Federal Rules of Criminal Procedure 12(b) and 47 on or before **July 22, 2019**. If, in light of the scheduled change of plea hearing, Stuhldreher no longer intends to file motions and instead intends to request that he be excused from the motion hearing, he shall file a letter making that request.

3. If Stuhldreher still intends to request that the deadline to file motions be extended, he may file another letter making that request. Stuhldreher shall indicate in that letter, however, that he is not requesting the motion hearing be continued. If Stuhldreher intends to request that the motion hearing be continued, he must file a motion to continue that is supported by a statement of facts.

Dated: July 19, 2019

        *s/ Tony N. Leung*
Tony N. Leung
United States Magistrate Judge
District of Minnesota

*United States v. Stuhldreher (3)*
Case No. 19-cr-104 (JNE/TNL)