# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

United States of America,

                Plaintiff(s),

vs.                                                                    Docket No. 19-CR-104(3) (JNE/TNL)

Mason Paul Stuhldreher,

                Defendant(s).

### NOTICE OF MOTION AND MOTION TO EXTEND FILINNG DEADLINE OF DEFENDNT'S SENTENCING PLEADINGS

Mason Paul Stuhldreher, hereinafter referred to as "Defendant," in the above-named case hereby moves the United States District Court, for an extension of time to file Defendant's sentencing pleadings to October 25, 2019 pursuant to Local Rule 83.10.

The undersigned was contacted by the Clerk of Court today indicating that the pleadings were due on October 18, 2019. The undersigned did not have the proper deadline calendared to submit these materials and seeks leave of the Court for a seven (7) day extension. This delay is in no way attributable to the Defendant.

Counsel for the Government was contacted a short time ago to address this issue, and at the time of filing the Undersigned has not received a response. My apologies for the inconvenience caused and time addressed attempting to rectify this issue.

Respectfully Submitted,

Dated:  October 23, 2019        **RESTOVICH BRAUN & ASSOCIATES**

*/s/ Thomas R. Braun*

By:  Thomas R. Braun
Attorneys for Defendant
117 East Center Street
Rochester, Minnesota  55904
Telephone: (507) 288-4840
Attorney ID No. 350631