

November 13, 2019

The Honorable Joan N. Erickson

Judge of U.S. District Court / U.S. District of Minnesota

RE:   USA v. Hines, et. al.

Case Number: 0:19-CR-00104

Sentencing as to Mason Paul Stuhldreher

    Mason Stuhldreher was in my Automotive technician classes at RCTC from 2016- 2018. He graduated May 9th of 2018, with nearly straight A's, a very proud day for both of us. Mason was very open about his past and repeatedly stated "I'll never go back to that ever again" we spoke often about how he had turned his life around and what his daughter Bella meant to him. He was working as a technician at Clements Chevrolet. He bought a motorcycle, learning how to work on them, maybe opening a repair shop someday, He became very passionate about motorcycles. Mason has many positive attributes.

    I was shocked to hear about his arrest, my first thought was, no way was this the same person and What about Bella?

    Jump forward to today when Mason's father came to me and explained the entire situation about how Mason's condition restricted his ability to respond correctly when asked to do something wrong. He is on some new medications which are greatly helping Mason

    Please consider my request for leniency, compassion and mercy when sentencing Mason so he can remain a positive roll model for Bella and his family, he is a very good father and his daughter needs him in her life.

    I am happy to discuss this further if necessary, please call me at 507-259-8876 after 1:00 pm

Sincerely

*Dave MacLeod*

Dave MacLeod

Automotive Technician Program leader/ instructor

851 30th Ave. SE   Rochester Minnesota 55904

Office phone 507-280-3147

Office # H1126, e-mail Dave.MacLeod@rctc.edu

**ASE** Education foundation accredited

851 30th Avenue SE
Rochester MN 55904-4999
1.800.247.1296
RCTC.EDU

Rochester Community and Technical College is a member of the Minnesota State colleges and universities system. RCTC is an affirmative action, equal opportunity employer and educator.

The Honorable Joan N. Erickson
Judge of U.S. District Court / U.S. District of Minnesota

RE: USA v. Hines, et. al.
Case Number: 0:19-CR-00104
Sentencing as to Mason Paul Stuhldreher

November 11, 2019

I am writing in support of Mason Stuhldreher, hoping you will exercise compassion and mercy in sentencing him. While I haven't known Mason that long, I knew his mother for many years and have known his father for the past 5 years. His father is a stabilizing, supportive force in Mason's life and Mason's character is, at its core, kind, loving, and compassionate.

I believe there are significant circumstances that affected Mason in the last year that should be considered in his case. Certainly his mother's illness and the painful, steady deterioration of her condition affected Mason. He had been very fixed on his own rehabilitation and determined to follow a better path for his own life and that of his daughter, Isabella, prior to this offense. It is clear to me, from the work he did with mental health professionals immediately after his offense, that there are treatable disorders that contributed to Mason's actions. I want to see Mason get the treatment he needs for these, and I believe that will do much to support his ability and desire to live the kind of law-abiding and positive life he wants to live. He has an excellent support system, not only from his father but also his home church (I am a staff member there) and the friends both Mason and his dad have there. I have been writing to Mason fairly regularly to encourage him both personally and spiritually. He clearly has a desire to improve himself and to be a father who is involved with his daughter in positive ways, both financially and emotionally. A lengthy prison sentence would not only negatively impact Mason's ability to be treated and recover from his mental health disorders, but would also negatively impact both Isabella and Randy, Mason's dad. Mason is a young man with lots of positive potential who is truly remorseful about his actions. I believe a shorter sentence will benefit society far more than a longer one in this situation, as Mason is highly motivated to take responsibility for his health, and to have a positive impact in both his daughter and his father's lives.

Thank you for the opportunity to speak in support of Mason Stuhldreher.

Sincerely,

Patricia G. Anderson
1247 Ridge Crest Ln NW
Rochester, MN 55901



# Center for Effective Living

1027 N.W. 7th Street
Lexington Building Suite 100
Rochester, Minnesota 55901

Phone: (507) 288-5675
Fax: (507) 288-4240
e-mail: center@centerforeffectiveliving.net

November 3, 2019

RE: Mr. Mason Stuhldreher    Age: 32    DOB: 05/28/87

Mr. Tom R. Braun
Attorney at Law
Restovich, Braun and Associates
117 East Center Street

Phone: 507-288-2004
Fax: 507-288-4908

Dear Mr. Braun,

My earlier formal communication with you regarding Mr. Stuhldreher on 4/22/19 and on 4/28/19 described Mr. Stuhldreher as having a Dependent and an Avoidant Personality Disorder. In addition, he had been struggling with undiagnosed and untreated Attention Deficit Hyper-Activity Disorder. Not unsurprisingly he was also suffering with mental health symptoms, predominantly Depression and Anxiety. As such, he had extreme difficulty addressing his activities of daily living. Because such activities are routine and boring, it would take extreme amounts of will power to keep his focus on them long enough to do them, much less do them every day. On the other hand, pushed into an activity that required risk (fast driving or gambling) would trigger the release of large doses of adrenaline and cortisol into his system. As a result of this chemical "fix" he would feel awake and could focus. Under the surface Mr. Stuhldreher lived with a certain level of "Paranoia." He was not, nor is he now Paranoid. Mr. Stuhldreher, like other abuse victims, has had real reasons to be afraid of certain other people that he knew in this community, as well as, a fear of certain types of people.

As noted above, my prior communication, summarized the essential personality characteristics of Mr. Stuhldreher, his untreated cognitive functioning issues, and his mental health issues. However, I did not address the expected kind of interactions he would have in the larger community. That summary did not address the kinds of people that a Dependent and Avoidant Personality with ADHD, Depressed and Anxious, with a touch of "paranoia" or fear embedded in his constant need for acceptance and approval would attract. Mr. Stuhldreher reflects the kind of person that would attract **predators**. Nor did my prior communication delineate the victimization that Mr. Stuhldreher would receive from predators because rather than confront or avoid, he would attempt to accommodate. With each accommodation, any sense of a separate identity, healthy self-esteem and any sense of self efficacy, would be depleted to the point that it would become impossible for him to confront the predator(s). He would never be able to get free of them.



# Center for Effective Living

1027 N.W. 7th Street
Lexington Building Suite 100
Rochester, Minnesota 55901

Phone: (507) 288-5675
Fax: (507) 288-4240
e-mail: center@centerforeffectiveliving.net

Understanding the predator and his victim, and their interactive dynamic is described in the literature such as the following:

- <u>The Sociopath Next Door</u> by Martha Stout, Ph.D.
- <u>The Psychopath Test</u> by Jon Ronson
- <u>Without Conscience</u> by Robert Hare, Ph.D
- <u>People of The Lie: The Hope for Healing Human Evil</u> by M. Scott Peck, M.D.
- <u>The Gift of Fear: And Other Survival Signals That Protect Us from Violence</u> by Gavin De Becker
- <u>The Human Magnet Syndrome: Why We Love People Who Hurt Us</u> by Ross Rosenberg

Other literature and professional experience have indicated that even for normal, non-pathological individuals, opposites attract. This is common in marriages. It is not that every marriage is composed of individuals with an opposite personality style. However, opposites being attracted to one another is clearly in the majority for marriages. Using the Myers Briggs Personality Type Indicator, for example, an individual who is a feeling type would more likely be married to a thinker; an introvert married to an extrovert, etc. This attraction to the opposite can be a source of balance as well as conflict. This tendency to be attracted to the opposite is not pathological.

The Myers Briggs Personality Type Indicator does not measure pathology. It only measures differences. Nevertheless, certain Myers Briggs Personality Types because of their preference for caregiving and accommodating, etc. tend to be the types that are targeted by predators. If that individual also happens to have a pathology such as a Dependent Personality Disorder the potential for victimization is even more severe.

Attached to this document is a chart that I use called "The Continuum of Self and The Human Magnet Syndrome" which I first discovered in the book <u>The Human Magnet Syndrome: Why We Love People Who Hurt Us</u> by Ross Rosenberg. However, I modified Mr. Rosenberg's chart because in my opinion it was not complete. Mr. Rosenberg did not account for the level of a person's self-esteem and sense of self-efficacy.

When you look at the chart, according to Mr. Rosenberg, everybody on the left side, "Other Orientation," was codependent or avoidant. Everybody on the right side, "Self-Orientation," was narcissistic, borderline or antisocial. The author failed to consider the level of a person's self-esteem and self-efficacy which would reflect a higher level of development and thus, a higher capacity to make choices opposite of their preference.

Consequently, I added the central part of the chart to account for higher or lower self-esteem. If a person has high self-esteem, they have a capacity to function opposite of their preference. A person with an "Other-Orientation," for example, such as caregiving and accommodating, could also be assertive when appropriate. And a person with a "Self-Orientation" also has the capacity for compassion and ability to set aside needs or goals to care for another. Individuals with high self-esteem would be rated with the numbers 2 to 1. As the rating numbers increase from 3 to 4 to 5, we see lower self-esteem; and, at 5, a complete loss of flexibility or capacity to change. This is especially the case for individuals who have a "Self-Orientation". At level 5 they



# Center for Effective Living

1027 N.W. 7th Street
Lexington Building Suite 100
Rochester, Minnesota 55901

Phone: (507) 288-5675
Fax: (507) 288-4240
e-mail: center@centerforeffectiveliving.net

lack capacity to take responsibility for their behavior. They rarely if ever can change their behavior. They are the best, they are never wrong, etc.

As the rating numbers increase from 3 to 4 to 5 for persons with an "Other Orientation," their capacity to challenge the other person in the relationship diminishes to the point of complete submission for fear of loss of the relationship. This is where we find the Dependent and Avoidant Personality. This is where we find Mr. Stuhldreher. However, because of their constantly having to accommodate and adapt to the Narcissistic or Sociopathic other, they understand change. With protection and with support they can learn how to be assertive, how to develop a stronger sense of self, and how to function independently of the controlling other.

Mr. Stuhldreher has been sentenced to spend the next 20 years of his life in prison. Because prison is an environment with a high number of predators and because Mr. Stuhldreher is not equipped to deal with even one predator, he certainly is not equipped to deal with high numbers of predators. Is possible that we are not just depriving him of his freedom, we are also sentencing him to 20 years of sexual abuse. If this could be true, I do not believe he will survive 20 years. I think it is also possible that he may not even survive five years.

If I can be of further assistance, please let me know.

Sincerely yours,

Roger Eichman M.S.
Licensed Psychologist

# The Continuum of Self
## and
## The Human Magnet Syndrome



## Corresponding Personality Types

**Anxious Dependent**
- DPD: Dependent Personality Disorder
- APD: Avoidant Personality Disorder
- "CPD:" "Codependent Personality Disorder"

**Anxious Avoidant**
- NPD: Narcissistic Personality Disorder
- BPD: Borderline Personality Disorder
- ASPD: Anti-Social Personality Disorder

Educational Handout: Center For Effective Living        507-288-5675
Principle Source: *The Human Magnet Syndrome: Why We Love People Who Hurt Us*

The Honorable Joan N. Erickson

Judge of U.S. District Court / U.S. District of Minnesota

RE: USA v. Hines, et. al.

Case Number: 0:19-CR-00104

Sentencing as to Mason Paul Stuhldreher

We are Greg and Lynda Graves. We have known Mason for 21 years and met him and his family when we moved next to them in 1998. Our families became friends and we still maintain that close friendship. We have navigated, celebrated, and supported one another for the past 21 years through the highs and lows, celebrations and devastation's of life.

In the early years of Mason's life, we would characterize Mason as polite, fun to have around, with the ability to make people laugh. He was energetic and seemed to have a motor that was always revved up. Mason was small in stature and self-conscious and concerned about people liking and accepting him, not bullying him for his size. We've always viewed Mason as compassionate and willing to give what he had to help others, almost to a fault. Mason loved his parents, but had this insatiable curiosity about his birth mom, resulting in confusion and anxiety. Randy and Cheryl were supportive and assisted Mason in finding answers to his questions. In high school, Mason lost his way, and eventually Mason found himself on a path that proved to be destructive.

Mason has had his share of run-ins and consequences with the law, but we have witnessed him accept the consequences, and take advantage of the intervention opportunities provided. We've seen Mason mature at each turning point, and become more determined to know and understand himself and set goals that would put him on solid ground. The past three years we've had a front row seat to Mason enrolling in post-secondary education, graduating, and securing a full-time job. Secondly, Mason sought forgiveness, and came alongside his dad to care for and support his mom before she passed away March of this year. Thirdly, we observed Mason being dad after being separated from his daughter Isabella the first couple years of her life. He's a loving, nurturing dad and the mutual connection and admiration between Mason and Bella is undeniable.

Most difficult for us since Mason's recent incarceration, is the heartbreak we witness when we are with Mason's father Randy and his daughter Bella. Randy and Bella have to video chat to stay connected, but it's so important that a father/son and father/daughter experience physical touch and time to build memories and experiences together. Your Honor, we would ask you to have mercy on Mason Paul Stuhldreher. We believe that an extended sentence behind bars is not in his best interest nor in the interest of those who love him and need him in their life.

Respectfully,

*Greg Graves, Lynda Graves*

Greg and Lynda Graves

The Honorable Joan N. Erickson
Judge of U.S. District Court / U.S. District of Minnesota
    RE: USA v. Hines, et. al.
    Case Number: 0:19-CR-00104
    Sentencing as to Mason Paul Stuhldreher

    I am Mason's father. Mason has been my child every since his late mother and I adopted him at ten weeks of age. He is our only child. Mason had a happy childhood, normal in every way but somewhere in high school he got lost. Friends started fading away and eventually he found his way into relationships that were not healthy. At various times we tried helping but the help never made a lasting impact on his life.

    Mason was so very much concerned with helping others, craving their attention, even to the determent of his well being. He found himself in situations that were not the best because of his desire to be needed by others.

    After Mason's previous incarceration he appeared to be in a good place. He was working part time and going to school full time. His daughter was the center of his universe. He was (and still is) in a relationship with a wonderful woman who has a child. Mason relished the family unit life style. But he would often mention to me he had no friends. Reflecting back now this seems very much the same situation he faced in high school. I believe the same circumstances led him down the same path with the same results.

    On February 9th, the day of the house raid, Mason confessed his actions. He mentioned several times of his 'need to be needed' by others. After very intense conversations it was clear he had hit bottom and was begging for help. I had him see Roger Eichman, Licensed Psychologist as well as Dawn King a Nurse Practitioner from Mayo Clinic. Mason was very accepting of these visits. He was trying to find answers as to 'why he was this way'. This led to a couple of medications that, I believe, made a difference in his daily existence. He seemed happier, and in control of his life. I firmly believe with these medications he was a different, better person.

    Since Mason's incarceration we video chat nearly everyday and I've seen a remorseful person who is truly sorry for his actions, sorry for the harm he's caused his family and others who might have been caught in the wake of his unacceptable actions. Mason has started exploring his spiritual side and we often talk over passages from the Bible. He keeps himself occupied with productive endeavors while in jail and treats the Sherburne county jail staff with courtesy and respect.

    Mason's has a deep desire to provide for his family. His daughter Bella wonders where her daddy is and just wants her daddy to come home. Mason's fiancee Brittney and her son want nothing more than to have Mason back into their lives. And my heart aches in the absence of my son. I am fearful the only time I will ever see my son again is in the presence of prison guards and not in the sanctuary of my home.

    Your Honor, in my opinion, keeping Mason incarcerated for an extended period of time would not benefit society nor Mason. He needs his family, his family needs him and with the right kind of professional and family guidance he can be an asset to society. I am asking for your compassion when deciding Mason future. Mason is a good person, I believe this to the depths of my soul. If I had thought any other way I would not have put my blood, sweat and tears into helping him.

Respectfully

*Randy Stuhldreher*
Randy Stuhldreher
4300 1st street NW Rochester Mn.