# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

## SENTENCING

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, | **COURT MINUTES - CRIMINAL** |
| v. | Case No: 19-cr-104 (JNE/TNL) (3) |
| Mason Paul Stuhldreher (3), Defendant. | Date: November 20, 2019 |
| | Court Reporter: Maria Weinbeck |
| | Courthouse: Minneapolis |
| | Courtroom: 12W |
| | Time Commenced: 11:16 am |
| | Time Concluded: 11:49 am |
| | Time in Court: 33 Minutes |

Defendant's true name if different from charging instrument:
☐ Parties ordered to file stipulation or proposed order for name change.
☐ Clerk of Court is directed to change name to:

Before Joan N. Ericksen, United States District Judge, at Minneapolis, Minnesota.

APPEARANCES:

    For Plaintiff:    Allen A. Slaughter, Jr., Assistant U.S. Attorney
    For Defendant:    Thomas R. Braun  ☐ FPD  ☐ CJA  ☒ Retained  ☐ Appointed

☐ **Evidentiary Hearing** (only select if witness list filed)

☒ **Sentencing.**

☐ Hearing held on objections to the presentence report.

IT IS ORDERED:

Defendant is sentenced to:

| Count. No. | Plea | Verdict | BOP | AG | SR | PROB | HA |
|---|---|---|---|---|---|---|---|
| 1 | G | | 180 Months | | 5 Years | | |

Said terms to run  ☐ concurrently  ☐ consecutively

☒ Special conditions of :

**See J&C for special conditions**

☒ Defendant sentenced to pay:
    ☐ Fine in the amount of .
    ☐ Restitution in the amount of .
    ☐ Costs of prosecution in the amount of  to be paid .
    ☒ Special assessment in the amount of $100 to be paid immediately.

☐ Plea and plea agreement accepted.
☐ Court Ordered Denial of Federal Benefits.
☐ Execution of sentence of imprisonment suspended until.
☐ Defendant released pending execution of sentence of imprisonment on same terms and conditions as previously released.
☐ Execution of sentence of fine suspended.
☒ On Motion of the Gov't., the indictment in Count 3 is dismissed as to this defendant only.
☐ Motion for departure is   ☐ granted    ☐ denied.
☒ Defendant remanded to the custody of the U.S. Marshal.
☒ Defendant advised of right to appeal.

☒ Docket no.: 138 shall be unsealed at the time the judgment is filed.
☐ Docket no.:  shall remain sealed until.
☐ Docket no.:  shall be sealed indefinitely.

s/DCW<br>Law Clerk